JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL OROZCO,<br>　　　　Petitioner,<br>　v.<br>STATE OF CALIFORNIA,<br>　　　　Respondent. | Case No. CV 17-08101 CBM (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: January 22, 2018

　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE